UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51001
_____

KENNETH F. McMAHAN; BETTY F. McMAHAN,

                                    Plaintiffs-Appellants,

                    V.

LONG BEACH MORTGAGE COMPANY,

                                    Defendant-Appellee.

_____

Appeal from the United States District Court
For the Western District of Texas
SA-98-CV-491-OG

_____

October 17, 2000

Before WOOD[*], DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[**]

        Resolution of the only significant issue presented by this appeal is controlled by the decision of the Texas Supreme Court in Stringer v. Cendant Mortgage Corp., 23 S.W.3d 353 (Tex. 2000); see also Stringer v. Cendant Mortgage Corp., No. 99-40100, 2000 WL 1425121 (5th Cir. Sept. 27, 2000) (per curiam).  Accordingly, we AFFIRM the decision of the United States District Court dismissing the case.

        AFFIRMED.

_____

        [*]Circuit Judge of the Seventh Circuit, sitting by designation.

        [**]Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.